FILED

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2015 MAY 22 P 4: 17

| | |
|---|---|
| ROSS A. FIORANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-667 |
| ) | |
| FAIRFAX COUNTY POLICE, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT NAVY FEDERAL CREDIT UNION'S NOTICE OF JOINDER IN AND CONSENT TO REMOVAL

Defendant Navy Federal Credit Union hereby joins in and consents to Defendants Fairfax County Police Department and Officer Feigleson's removal of the action styled *Fiorani v. Fairfax County Police, et al.*, CL-2015-05586, from the Circuit Court of Fairfax County, Virginia, to the United States District Court for the Eastern District of Virginia.

Dated: May 20, 2015

Respectfully submitted,

HUNTON & WILLIAMS LLP

/s/ Thomas R. Waskom
Thomas R. Waskom

Mark B. Bierbower (VSB No. 22913)
2200 Pennsylvania Ave. NW
Washington, DC 20037
Tel: 202-955-1500
Fax: 202-778-2201
Email: mbierbower@hunton.com

Thomas R. Waskom (VSB No. 68761)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Tel: 804-788-8200
Fax: 804-343-4868
Email: twaskom@hunton.com

*Attorneys for Defendant Navy Federal Credit Union*

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSS A. FIORANI, )
)
        Plaintiff, )
)
v. )
)
FAIRFAX COUNTY POLICE, et al. )
)
        Defendants. )
)

## DECLARATION OF ROBERT BERGER

1. My name is Robert Berger and I am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I have been informed of the Plaintiff's allegations in the above-captioned action.

3. I have not waived service in this action.

4. I have not been served with process in this action. No process server has delivered a copy of the process or other court documents to me in person. No process server has delivered a copy to my home.

5. Notwithstanding that I have not been served in this matter, to the extent that I am served, I consent to removal of this action to federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 19, 2015

                                                      *Robert Berger*
                                                      Robert Berger

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSS A. FIORANI,  )
  )
        Plaintiff,  )
  )
v.  )
  )
FAIRFAX COUNTY POLICE, et al.  )
  )
        Defendants.  )
  )

## DECLARATION OF KAREN COMPHER

1. My name is Karen Compher and I am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I have been informed of the Plaintiff's allegations in the above-captioned action.

3. I have not waived service in this action.

4. I have not been served with process in this action. No process server has delivered a copy of the process or other court documents to me in person. No process server has delivered a copy to my home.

5. Notwithstanding that I have not been served in this matter, to the extent that I am served, I consent to removal of this action to federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 19, 2015

                                                                   Karen Compher